**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BEVERLY SMITH, III**                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:25-cv-00017-KGB**

**COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION**                                          **DEFENDANT**

**ORDER**

Before the Court are the Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10).  After a careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).  The unopposed motion to remand filed by the Social Security Administration is granted (Dkt. No. 9).  This case is remanded in accordance with the terms outlined by the Commissioner of the Social Security Administration and is a sentence four remand.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  The dismissal of this case is without prejudice to plaintiff Beverly Smith, III's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act.  A separate judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

It is so ordered this 23rd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge