**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BEVERLY SMITH, III**                                                                   **PLAINTIFF**

**v.**                                   **Case No. 4:25-cv-00017-KGB**

**COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION**                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered by the Court on this day, judgment is entered for plaintiff

Beverly Smith, III.  This action is remanded to the Commissioner pursuant to sentence four of 42

U.S.C. § 405(g).

It is so adjudged this 23rd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge